No. D–2072. IN RE DISBARMENT OF WILSON. Theodore D. Wilson, of Indianapolis, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–61. PATRICK *v.* EMPLOYMENT SECURITY DEPARTMENT OF WASHINGTON;

No. M–62. RODRIGUEZ *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY;

No. M–65. MCNALLY *v.* WHITE; and

No. M–66. SVEC, INDIVIDUALLY AND DBA WEST SUBURBAN LIVERY *v.* MORIARITY, TRUSTEE ON BEHALF OF TRUSTEES OF LOCAL UNION NO. 727, IBT PENSION TRUST, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–64. IN RE S. H. Motion of petitioner for leave to proceed without paying the docket fee denied.

No. M–67. B. M. *v.* T. H. P. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 97–1943. SUTTON ET AL. *v.* UNITED AIR LINES, INC. C. A. 10th Cir. [Certiorari granted, 525 U. S. 1063.] Motion of respondent for leave to file a supplemental brief after argument granted. Motion of the Solicitor General for leave to file a supplemental brief in reply, as *amicus curiae,* after argument granted.

No. 98–1037. SMITH, WARDEN *v.* ROBBINS. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1003.] Motion for appointment of counsel granted, and it is ordered that Ronald J. Nessim, Esq., of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.

No. 98–1167. CHRISTENSEN ET AL. *v.* HARRIS COUNTY ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 98–7450. RIVERA *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 135] denied.